## STANDARD ACCIDENT INS CO et v NATIONAL FIRE PROOFING CO

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Feb 23, 1931

For full opinion see 176 NE 591; 39 Oh Ap 1 (Oh Bar 9-15-31).

## ALLEN, Exr v REGISTER LIFE INS CO

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Feb 9, 1931

For full opinion see 176 NE 588; 38 Oh Ap 562 (Oh Bar 9-8-31).